Date: 12/13/10                                                                                                                   Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 5-07-50796 - RITCHIE'S AGRI SERVICE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| NORTH/SOUTH SALT CO<br>615 PLEASANT VALLEY ROAD<br>HARRISONBURG  VA  22801<br>    GOOD SOLD | 000001 | 871.68 | 3.97 |
| R & G SERVICES UNLIMITED<br>P O BOX 1054<br>BROADWAY  VA  22815<br>    INVOICE # 07-2090 | 000003 | 235.00 | 1.08 |
| IVESCO  LLC<br>2886 PAYSPHERE CIRCLE<br>CHICAGO  IL  60674<br>    5929 | 000004 | 574.74 | 2.62 |
| CUMBERLAND VALLEY ANALYTICAL<br>P O BOX 669<br>MAUGANSVILLE  MD  21767<br>    RIT | 000007 | 889.56 | 4.06 |
| PBGH<br>P O BOX 1226<br>HARRISONBURG  VA  22803-1226<br>    6101 | 000012 | 630.00 | 2.87 |
| ---------- Remittance Total --------------- | | 3,200.98 | 14.60 |

_____
JOHN G. LEAKE, TRUSTEE

# PROPOSED DISTRIBUTION

Case Number: 5-07-50796   RK                                 Page 1                                      Date: December 13, 2010
Debtor Name: RITCHIE'S AGRI SERVICE

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $2,889.37 |
| | JOHN G. LEAKE COMPENSATION | Admin | Percent Paid: 100.00000 % | $15,612.68 | $15,468.21 | $144.47 | $144.47 | $2,744.90 |
| | JOHN G. LEAKE EXPENSES | Admin | Percent Paid: 100.00000 % | $93.54 | $93.54 | $0.00 | $0.00 | $2,744.90 |
| 000001 | NORTH/SOUTH SALT CO | Unsec | 070  Percent Paid: 34.78226 % | $871.68 | $299.22 | $572.46 | $3.97 | $2,740.93 |
| 000002 | ROCKINGHAM COOP FARM BUREAU | Unsec | 070  Percent Paid: 34.78239 % | $8,496.08 | $2,916.40 | $5,579.68 | $38.74 | $2,702.19 |
| 000003 | R & G SERVICES UNLIMITED | Unsec | 070  Percent Paid: 34.78298 % | $235.00 | $80.66 | $154.34 | $1.08 | $2,701.11 |
| 000004 | IVESCO LLC | Unsec | 070  Percent Paid: 34.78268 % | $574.74 | $197.29 | $377.45 | $2.62 | $2,698.49 |
| 000005 | FEED INGREDIENT TRADING CORP | Unsec | 070  Percent Paid: 34.78234 % | $24,067.99 | $8,261.67 | $15,806.32 | $109.74 | $2,588.75 |
| 000006 | Westway Feed Products, Inc. | Unsec | 070  Percent Paid: 34.78242 % | $3,930.75 | $1,349.28 | $2,581.47 | $17.93 | $2,570.82 |
| 000007 | CUMBERLAND VALLEY ANALYTICAL | Unsec | 070  Percent Paid: 34.78236 % | $889.56 | $305.35 | $584.21 | $4.06 | $2,566.76 |
| 000008 | ARG FEEDS LLC | Unsec | 070  Percent Paid: 34.78233 % | $8,948.74 | $3,071.78 | $5,876.96 | $40.80 | $2,525.96 |
| 000009 | RENAISSANCE NUTRITION INC | Unsec | 070  Percent Paid: 34.78235 % | $528,353.59 | $181,364.66 | $346,988.93 | $2,409.16 | $116.80 |
| 000010 | WRIGHT EXPRESS | Unsec | 070  Percent Paid: 34.78236 % | $2,846.27 | $977.02 | $1,869.25 | $12.98 | $103.82 |
| 000012 | PBGH | Unsec | 070  Percent Paid: 34.78254 % | $630.00 | $216.26 | $413.74 | $2.87 | $100.95 |
| 000014 | THE OLD MILL-TROY INC | Unsec | 070  Percent Paid: 34.78237 % | $20,064.85 | $6,887.54 | $13,177.31 | $91.49 | $9.46 |
| 000015 | Quarles Petroleum, Inc. | Unsec | 070  Percent Paid: 34.78215 % | $2,075.26 | $712.36 | $1,362.90 | $9.46 | $0.00 |

_[signature]_      12/13/10

## PROPOSED DISTRIBUTION

| | | |
|---|---|---|
| Case Number: 5-07-50796   RK | Page  2 | Date: December 13, 2010 |
| Debtor Name: RITCHIE'S AGRI SERVICE | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $617,690.73 | $222,201.24 | $395,489.49 | $2,889.37 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.