# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

In re: RITCHIE'S AGRI-SERVICE, INC.    § Case No. 07-50796-RBC
                                       §
                                       §
Debtor(s)                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert Stevens, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $304,150.17              Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $500,029.86    Claims Discharged
                                                Without Payment: $233,192.97

Total Expenses of Administration: $50,399.39

---

3) Total gross receipts of $ 550,429.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $550,429.25 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $4,171.79 | $4,171.79 | $4,171.79 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 50,399.39 | 50,399.39 | 50,399.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 75,061.31 | 75,061.31 | 75,061.31 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 686,651.10 | 614,025.54 | 613,497.37 | 420,796.76 |
| **TOTAL DISBURSEMENTS** | $686,651.10 | $743,658.03 | $743,129.86 | $550,429.25 |

    4) This case was originally filed under Chapter 7 on February 01, 2018. The case was pending for 38 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2021    By: /s/Robert Stevens
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| further dividend | 1229-000 | 2,889.27 |
| insurance overpayment reimbursement from state | 1221-000 | 547,539.98 |
| **TOTAL GROSS RECEIPTS** | | **$550,429.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 -2 | Rockingham County | 4800-000 | 0.00 | 4,171.79 | 4,171.79 | 4,171.79 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$4,171.79** | **$4,171.79** | **$4,171.79** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Robert Stevens | 2100-000 | N/A | 15,163.00 | 15,163.00 | 15,163.00 |
| Trustee Expenses - Robert Stevens | 2200-000 | N/A | 31.60 | 31.60 | 31.60 |
| Other - Cecil Floyd, CPA | 3410-000 | N/A | 817.00 | 817.00 | 817.00 |
| Other - Cecil Floyd, CPA | 3420-000 | N/A | 99.00 | 99.00 | 99.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Trustee Compensation - John Leake | 2100-000 | N/A | 15,608.18 | 15,608.18 | 15,608.18 |
| Trustee Expenses - John Leake | 2200-000 | N/A | 93.54 | 93.54 | 93.54 |
| Other - William E. Shmidhauser, III | 3210-000 | N/A | 470.00 | 470.00 | 470.00 |
| Other - William E. Shmidhauser, III | 3220-000 | N/A | 46.74 | 46.74 | 46.74 |
| Other - Kevin D. Humphries, CPA | 3410-000 | N/A | 8,900.08 | 8,900.08 | 8,900.08 |
| Auctioneer for Trustee Fees (including buyers premiums) - GR Heatwole | 3610-000 | N/A | 6,315.75 | 6,315.75 | 6,315.75 |
| Auctioneer for Trustee Expenses - GR Heatwole | 3620-000 | N/A | 2,258.56 | 2,258.56 | 2,258.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 130.86 | 130.86 | 130.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 465.08 | 465.08 | 465.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $50,399.39 | $50,399.39 | $50,399.39 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Rockingham County | 5800-000 | 0.00 | N/A | N/A | 0.00 |
| 20 | IRS | 5800-000 | N/A | 53,058.00 | 53,058.00 | 53,058.00 |
| 21 | Virginia Department of Taxation | 5800-000 | N/A | 22,003.31 | 22,003.31 | 22,003.31 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $75,061.31 | $75,061.31 | $75,061.31 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NORTH/SOUTH SALT CO | 7100-000 | 687.92 | 871.68 | 871.68 | 609.44 |
| | U.S. Bankruptcy Court - NORTH/SOUTH SALT CO | 7100-001 | N/A | N/A | N/A | 0.29 |
| 2 | ROCKINGHAM COOP FARM BUREAU | 7100-000 | 8,246.82 | 8,496.08 | 8,496.08 | 5,940.06 |

**UST Form 101-7-TDR (10/1/2010)**

|   | Claimant | Code | Amount Filed | Amount Allowed | Interim Payments | Proposed Payment |
|---|---|---|---|---|---|---|
|   | U.S. Bankruptcy Court - ROCKINGHAM COOP FARM BUREAU | 7100-001 | N/A | N/A | N/A | 2.86 |
| 3 | R & G SERVICES UNLIMITED | 7100-000 | 235.00 | 235.00 | 81.74 | 81.71 |
| 4 | IVESCO LLC | 7100-000 | 558.00 | 574.74 | 199.83 | 199.83 |
| 5 | FEED INGREDIENT TRADING CORP | 7100-000 | 24,067.99 | 24,067.99 | 24,067.99 | 16,835.30 |
| 6 | Westway Feed Products, Inc. | 7100-000 | 3,930.75 | 3,930.75 | 3,930.75 | 2,748.20 |
|   | U.S. Bankruptcy Court - Westway Feed Products, Inc. | 7100-001 | N/A | N/A | N/A | 1.32 |
| 7 | CUMBERLAND VALLEY ANALYTICAL | 7100-000 | 656.00 | 889.56 | 889.56 | 621.94 |
|   | U.S. Bankruptcy Court - CUMBERLAND VALLEY ANALYTICAL | 7100-001 | N/A | N/A | N/A | 0.30 |
| 8 | ARG FEEDS LLC | 7100-000 | 8,948.74 | 8,948.74 | 8,948.74 | 6,256.54 |
|   | U.S. Bankruptcy Court - ARG FEEDS LLC | 7100-001 | N/A | N/A | N/A | 3.01 |
| 9 | RENAISSANCE NUTRITION INC | 7100-000 | 490,564.11 | 528,353.59 | 528,353.59 | 369,577.59 |
| 10 | WRIGHT EXPRESS | 7100-000 | 2,612.63 | 2,846.27 | 2,846.27 | 1,989.98 |
|   | U.S. Bankruptcy Court - WRIGHT EXPRESS | 7100-001 | N/A | N/A | N/A | 0.95 |
| 12 | P.B.Mares fka PBGH | 7100-000 | 630.00 | 630.00 | 630.00 | 440.47 |
|   | U.S. Bankruptcy Court - P.B.Mares fka PBGH | 7100-001 | N/A | N/A | N/A | 0.21 |
| 13 | UNITED BANK | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 13 -2 | UNITED BANK | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 14 | THE OLD MILL-TROY INC | 7100-000 | 18,634.11 | 20,064.85 | 20,064.85 | 14,035.14 |
| 15 | Quarles Petroleum, Inc. | 7100-000 | 1,475.07 | 2,075.26 | 2,075.26 | 1,450.92 |
|   | U.S. Bankruptcy Court - Quarles Petroleum, Inc. | 7100-001 | N/A | N/A | N/A | 0.70 |
| 16 | Priority IAC, Inc. | 7200-000 | 8,474.40 | 10,248.67 | 10,248.67 | 0.00 |
| 17 | ROCKINGHAM PETROLEUM INC | 7200-000 | 786.34 | 910.36 | 910.36 | 0.00 |
| 18 | Law Office of Clark & Bradshaw Trust Account | 7200-000 | N/A | 780.00 | 780.00 | 0.00 |
| 19 | Ackerman - Beardsley - Bennett, Inc. | 7200-000 | 75,650.86 | 102.00 | 102.00 | 0.00 |
| NOTFILED | Home Pride Services, Inc. | 7100-000 | 74.39 | N/A | N/A | 0.00 |
| NOTFILED | Norfolk Southern Corp. | 7100-000 | 540.00 | N/A | N/A | 0.00 |
| NOTFILED | McGeary Grain | 7100-000 | 2,500.69 | N/A | N/A | 0.00 |
| NOTFILED | Portwood Enterprises | 7100-000 | 635.20 | N/A | N/A | 0.00 |
| NOTFILED | Marston's Garage, Inc. | 7100-000 | 16.00 | N/A | N/A | 0.00 |
| NOTFILED | Riverside Services, L.C. c/o Thomas H. Pack | 7100-000 | 14,042.15 | N/A | N/A | 0.00 |
| NOTFILED | WEB Enterprises | 7100-000 | 124.83 | N/A | N/A | 0.00 |
| NOTFILED | Golden Peanut Company | 7100-000 | 5,196.32 | N/A | N/A | 0.00 |
| NOTFILED | Top Bead Welding Service, Inc. | 7100-000 | 971.00 | N/A | N/A | 0.00 |
| NOTFILED | Quarles Energy Services | 7100-000 | 60.35 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Renaissance Nutrition, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Broadway Metal Works, Inc. | 7100-000 | 971.00 | N/A | N/A | 0.00 |
| NOTFILED | EcoWater Systems, Inc. | 7100-000 | 68.25 | N/A | N/A | 0.00 |
| NOTFILED | Cintas Corp. #394 | 7100-000 | 72.49 | N/A | N/A | 0.00 |
| NOTFILED | AgMark Intermodal Systems,Inc. | 7100-000 | 12,176.19 | N/A | N/A | 0.00 |
| NOTFILED | Bartlett Milling Co. | 7100-000 | 1,148.75 | N/A | N/A | 0.00 |
| NOTFILED | Beery Farms, Inc. | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| NOTFILED | Apple Valley Scale Co. | 7100-000 | 1,774.75 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $686,651.10 | $614,025.54 | $613,497.37 | $420,796.76 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-50796-RBC  
**Case Name:** RITCHIE'S AGRI-SERVICE, INC.  

**Trustee:** (660370) Robert Stevens  
**Filed (f) or Converted (c):** 02/01/18 (f)  
**§341(a) Meeting Date:** 03/19/18  

**Period Ending:** 04/05/21  

**Claims Bar Date:** 03/10/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1974 Mack F700 237hp MaxiDyne-10 speed | 6,500.00 | 6,500.00 | | 0.00 | FA |
| 2 | 1979 International DT466 210-215hp Feed Truck (1 | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 3 | 1984 International 2275 tandem 350hp Cummins 9-s | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 4 | 1986 Mack R-600 tandem 300hp 6-speed Fontaine fe | 18,000.00 | 18,000.00 | | 0.00 | FA |
| 5 | 1987 International 51754 single axle 180hp 360 e | 10,500.00 | 10,500.00 | | 0.00 | FA |
| 6 | 1990 International DT466 210-215hp Feed Truck | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 7 | 1990 International single axle DT466/210hp 12-fo | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 8 | 1993 W-4 Chevrolet (Isuzu) 4 cyl. turbo diesel v | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 9 | 1997 Chevy Suburban 4 x 4 185,000 miles | 3,800.00 | 3,800.00 | | 0.00 | FA |
| 10 | 1998 Chevy Blazer 4 x 4 137,000 miles | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 11 | Cash | 141.79 | 141.79 | | 0.00 | FA |
| 12 | Checking account with United Bank | 116,376.60 | 116,376.60 | | 0.00 | FA |
| 13 | Time Insurance Company - Cash value | 18,935.80 | 18,935.80 | | 0.00 | FA |
| 14 | Time Insurance Company - Cash value | 15,951.69 | 15,951.69 | | 0.00 | FA |
| 15 | Accounts Receivables | 31,539.29 | 31,539.29 | | 0.00 | FA |
| 16 | Office equipment | 2,595.00 | 2,595.00 | | 0.00 | FA |
| 17 | Machinery, fixtures, equipment and supplies | 11,810.00 | 11,810.00 | | 0.00 | FA |
| 18 | Sullair Air Compressor/John Deere diesel engine | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 19 | insurance overpayment reimbursement from state  (u) | 0.00 | 303,265.67 | | 547,539.98 | FA |
| 19 | Assets   Totals (Excluding unknown values) | **$304,150.17** | **$607,415.84** | | **$547,539.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

6/19/18:  Got $$.  Object to the 1 poc where that creditor is out of business.

Note to reviewer:  This is a reopened case from 2007 due to an after acquired asset of the corporation.  Attached is the original Trustee's Final Report and Report of Further Dividend which shows the original distributions to the creditors and for administrative expenses.

1/29/19:  Regional filed TFR, and I filed NFR.  TDR once checks clear.

3/22/19:  Now have to do new TFR to include tax liabilities for the estate.  Hire an accountant to do returns, then redo TFR.

Printed: 04/05/2021 12:36 PM    V.20.24

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-50796-RBC  
**Case Name:** RITCHIE'S AGRI-SERVICE, INC.

**Trustee:** (660370) Robert Stevens  
**Filed (f) or Converted (c):** 02/01/18 (f)  
**§341(a) Meeting Date:** 03/19/18  

**Period Ending:** 04/05/21  
**Claims Bar Date:** 03/10/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

9/15/19: Get accountant moving on returns.

1/29/20: File TFR once fee app approved.

4/6/20: Get accountant to review recent VDOT assessment for more than we had going to them in proposed TFR.

1/4/21: Issue report of further dividend because Ivesco never cashed their check.

**Initial Projected Date Of Final Report (TFR):** September 30, 2018  **Current Projected Date Of Final Report (TFR):** September 30, 2020

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-50796-RBC | | Trustee: | Robert Stevens (660370) |
|---|---|---|---|---|
| Case Name: | RITCHIE'S AGRI-SERVICE, INC. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******8566 - Checking Account |
| Taxpayer ID #: | **-***9145 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 04/05/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/19/18 | | Commonweath of Va. unclaimed property division | Unclaimed Property (Insurance Proceeds) | | 303,265.67 | | 303,265.67 |
| | {19} | | 547,539.98 | 1221-000 | | | 303,265.67 |
| | | NORTH/SOUTH SALT CO | -303.06 | 7100-000 | | | 303,265.67 |
| | | ROCKINGHAM COOP FARM BUREAU | -2,953.93 | 7100-000 | | | 303,265.67 |
| | | R & G SERVICES UNLIMITED | -81.71 | 7100-000 | | | 303,265.67 |
| | | IVESCO LLC | -199.83 | 7100-000 | | | 303,265.67 |
| | | FEED INGREDIENT TRADING CORP | -8,368.00 | 7100-000 | | | 303,265.67 |
| | | Westway Feed Products, Inc. | -1,366.65 | 7100-000 | | | 303,265.67 |
| | | CUMBERLAND VALLEY ANALYTICAL | -309.29 | 7100-000 | | | 303,265.67 |
| | | ARG FEEDS LLC | -3,111.31 | 7100-000 | | | 303,265.67 |
| | | RENAISSANCE NUTRITION INC | -183,698.82 | 7100-000 | | | 303,265.67 |
| | | WRIGHT EXPRESS | -989.60 | 7100-000 | | | 303,265.67 |
| | | Rockingham County | -4,171.79 | 4800-000 | | | 303,265.67 |
| | | PBGH | -219.04 | 7100-000 | | | 303,265.67 |
| | | THE OLD MILL-TROY INC | -6,976.18 | 7100-000 | | | 303,265.67 |
| | | Quarles Petroleum, Inc. | -721.52 | 7100-000 | | | 303,265.67 |
| | | John Leake | -15,608.18 | 2100-000 | | | 303,265.67 |
| | | John Leake | -93.54 | 2200-000 | | | 303,265.67 |
| | | GR Heatwole | -6,315.75 | 3610-000 | | | 303,265.67 |
| | | GR Heatwole | -2,258.56 | 3620-000 | | | 303,265.67 |
| | | Kevin D. Humphries, CPA | -8,900.08 | 3410-000 | | | 303,265.67 |
| | | William E. Shmidhauser, III | -470.00 | 3210-000 | | | 303,265.67 |
| | | William E. Shmidhauser, III | -46.74 | 3220-000 | | | 303,265.67 |
| | | | further dividend   2,889.27 | 1229-000 | | | 303,265.67 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.86 | 303,134.81 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 465.08 | 302,669.73 |
| 09/16/20 | 101 | IRS | Dividend paid 100.00% on $53,058.00; Claim# 20; Filed: $53,058.00; Reference: | 5800-000 | | 53,058.00 | 249,611.73 |
| 09/16/20 | 102 | Virginia Department of Taxation | Dividend paid 100.00% on $22,003.31; Claim# 21; Filed: $22,003.31; Reference: | 5800-000 | | 22,003.31 | 227,608.42 |
| 09/16/20 | 103 | NORTH/SOUTH SALT CO | Dividend paid 69.91% on $871.68; Claim# 1; Filed: $871.68; Reference: | 7100-000 | | 306.38 | 227,302.04 |
| 09/16/20 | 104 | ROCKINGHAM COOP FARM | Dividend paid 69.91% on $8,496.08; Claim# 2; | 7100-000 | | 2,986.13 | 224,315.91 |

Subtotals :   $303,265.67   $78,949.76

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 04/05/2021 12:36 PM    V.20.24

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-50796-RBC  
**Case Name:** RITCHIE'S AGRI-SERVICE, INC.  
**Taxpayer ID #:** **-***9145  
**Period Ending:** 04/05/21

**Trustee:** Robert Stevens (660370)  
**Bank Name:** Mechanics Bank  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | BUREAU | Filed: $8,496.08; Reference: | | | | |
| 09/16/20 | 105 | IVESCO LLC | Dividend paid 69.91% on $574.74; Claim# 4; Filed: $574.74; Reference: Stopped on 12/07/20 | 7100-000 | | 202.00 | 224,113.91 |
| 09/16/20 | 106 | FEED INGREDIENT TRADING CORP | Dividend paid 69.91% on $24,067.99; Claim# 5; Filed: $24,067.99; Reference: | 7100-000 | | 8,459.21 | 215,654.70 |
| 09/16/20 | 107 | Westway Feed Products, Inc. | Dividend paid 69.91% on $3,930.75; Claim# 6; Filed: $3,930.75; Reference: | 7100-000 | | 1,381.55 | 214,273.15 |
| 09/16/20 | 108 | CUMBERLAND VALLEY ANALYTICAL | Dividend paid 69.91% on $889.56; Claim# 7; Filed: $889.56; Reference: | 7100-000 | | 312.65 | 213,960.50 |
| 09/16/20 | 109 | ARG FEEDS LLC | Dividend paid 69.91% on $8,948.74; Claim# 8; Filed: $8,948.74; Reference: | 7100-000 | | 3,145.23 | 210,815.27 |
| 09/16/20 | 110 | RENAISSANCE NUTRITION INC | Dividend paid 69.91% on $528,353.59; Claim# 9; Filed: $528,353.59; Reference: | 7100-000 | | 185,701.24 | 25,114.03 |
| 09/16/20 | 111 | WRIGHT EXPRESS | Dividend paid 69.91% on $2,846.27; Claim# 10; Filed: $2,846.27; Reference: | 7100-000 | | 1,000.38 | 24,113.65 |
| 09/16/20 | 112 | P.B.Mares fka PBGH | Dividend paid 69.91% on $630.00; Claim# 12; Filed: $630.00; Reference: | 7100-000 | | 221.43 | 23,892.22 |
| 09/16/20 | 113 | THE OLD MILL-TROY INC | Dividend paid 69.91% on $20,064.85; Claim# 14; Filed: $20,064.85; Reference: | 7100-000 | | 7,052.22 | 16,840.00 |
| 09/16/20 | 114 | Quarles Petroleum, Inc. | Dividend paid 69.91% on $2,075.26; Claim# 15; Filed: $2,075.26; Reference: | 7100-000 | | 729.40 | 16,110.60 |
| 09/16/20 | 115 | Robert Stevens | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 15,194.60 | 916.00 |
| | | | Dividend paid 100.00% 15,163.00 on $15,163.00; Claim# ; Filed: $15,163.00 | 2100-000 | | | 916.00 |
| | | | Dividend paid 100.00% 31.60 on $31.60; Claim# ; Filed: $31.60 | 2200-000 | | | 916.00 |
| 09/16/20 | 116 | Cecil Floyd, CPA | Combined Check for Claims#et_al. | | | 916.00 | 0.00 |
| | | | Dividend paid 100.00% 817.00 on $817.00; Claim# ; Filed: $817.00 | 3410-000 | | | 0.00 |
| | | | Dividend paid 100.00% 99.00 on $99.00; Claim# ; Filed: $99.00 | 3420-000 | | | 0.00 |
| 12/07/20 | 105 | IVESCO LLC | Dividend paid 69.91% on $574.74; Claim# 4; | 7100-000 | | -202.00 | 202.00 |

Subtotals : $0.00 $224,113.91

{} Asset reference(s)

Printed: 04/05/2021 12:36 PM    V.20.24

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 07-50796-RBC | | Trustee: | Robert Stevens (660370) |
| Case Name: | RITCHIE'S AGRI-SERVICE, INC. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******8566 - Checking Account |
| Taxpayer ID #: | **-***9145 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 04/05/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Filed: $574.74; Reference:<br>Stopped: check issued on 09/16/20 | | | | | |
| 01/29/21 | 117 | FEED INGREDIENT TRADING CORP | Dividend paid 69.94% on $24,067.99; Claim# 5; Filed: $24,067.99; Reference: | | 7100-000 | | 8.09 | 193.91 |
| 01/29/21 | 118 | RENAISSANCE NUTRITION INC | Dividend paid 69.94% on $528,353.59; Claim# 9; Filed: $528,353.59; Reference: | | 7100-000 | | 177.53 | 16.38 |
| 01/29/21 | 119 | THE OLD MILL-TROY INC | Dividend paid 69.94% on $20,064.85; Claim# 14; Filed: $20,064.85; Reference: | | 7100-000 | | 6.74 | 9.64 |
| 01/29/21 | 120 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | | 9.64 | 0.00 |
| | | | Dividend paid 69.94% on $871.68; Claim# 1; Filed: $871.68 | 0.29 | 7100-001 | | | 0.00 |
| | | | Dividend paid 69.94% on $8,496.08; Claim# 2; Filed: $8,496.08 | 2.86 | 7100-001 | | | 0.00 |
| | | | Dividend paid 69.94% on $3,930.75; Claim# 6; Filed: $3,930.75 | 1.32 | 7100-001 | | | 0.00 |
| | | | Dividend paid 69.94% on $889.56; Claim# 7; Filed: $889.56 | 0.30 | 7100-001 | | | 0.00 |
| | | | Dividend paid 69.94% on $8,948.74; Claim# 8; Filed: $8,948.74 | 3.01 | 7100-001 | | | 0.00 |
| | | | Dividend paid 69.94% on $2,846.27; Claim# 10; Filed: $2,846.27 | 0.95 | 7100-001 | | | 0.00 |
| | | | Dividend paid 69.94% on $630.00; Claim# 12; Filed: $630.00 | 0.21 | 7100-001 | | | 0.00 |
| | | | Dividend paid 69.94% on $2,075.26; Claim# 15; Filed: $2,075.26 | 0.70 | 7100-001 | | | 0.00 |
| | | | ACCOUNT TOTALS | | | 303,265.67 | 303,265.67 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | Subtotal | | | 303,265.67 | 303,265.67 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | NET Receipts / Disbursements | | | $303,265.67 | $303,265.67 | |

{} Asset reference(s)

Printed: 04/05/2021 12:36 PM   V.20.24

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 07-50796-RBC | | **Trustee:** | Robert Stevens (660370) |
| --- | --- | --- | --- | --- |
| **Case Name:** | RITCHIE'S AGRI-SERVICE, INC. | | **Bank Name:** | Mechanics Bank |
| | | | **Account:** | ******8566 - Checking Account |
| **Taxpayer ID #:** | **-***9145 | | **Blanket Bond:** | $3,000,000.00  (per case limit) |
| **Period Ending:** | 04/05/21 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **TOTAL - ALL ACCOUNTS** | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| | | | **Checking # ******8566** | | 303,265.67 | 303,265.67 | 0.00 |
| | | | | | $303,265.67 | $303,265.67 | $0.00 |

{} Asset reference(s)

Printed: 04/05/2021 12:36 PM    V.20.24